```
 1  Mildred K. O'Linn (State Bar No. 159055)
    Tony M. Sain (State Bar No. 251626)
 2  MANNING & KASS
    ELLROD, RAMIREZ, TRESTER LLP
 3  801 S. Figueroa St, 15th Floor
    Los Angeles, California 90017-3012
 4  Telephone: (213) 624-6900
    Facsimile: (213) 624-6999
 5  mko@manningllp.com; tms@manningllp.com

 6  Attorneys for Defendants,
    CITY OF MANHATTAN BEACH;
 7  OFFICER MICHAEL LYNCH; AND
    OFFICER BRANDON MUZATKO
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FERREOL CARDENAS, SR., Individually, and as the Personal Representative for FERREOL CARDENAS, JR., Deceased, and ROSA CARDENAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MANHATTAN BEACH, MANHATTAN BEACH POLICE OFFICER MICHAEL LYNCH (Serial No. 313), MANHATTAN BEACH POLICE OFFICER B. MUZATKO (Serial No. 342) and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-CV-01469-PJW<br>*[Assigned For All Purposes to the Hon. Patrick J. Walsh, Magistrate Judge]*<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF TONY M. SAIN**<br><br>Hearing Date:   January 9, 2017<br>Time:           1:30 p.m.<br>Ctrm.:          23 (Spring)<br><br>Complaint Filed:   03/01/2015<br>Trial Date:         03/21/2017 |

**TO PLAINTIFFS, ALL PARTIES, AND THEIR ATTORNEYS HEREIN:**

PLEASE TAKE NOTICE that – pursuant to applicable federal laws including but not limited to Federal Rules of Civil Procedure 7, 11, 16, and 56, as well as U.S. Dist. Ct., C.D. Cal. L.R. 56-1 through 56-4, and all applicable Orders of the Court – defendants CITY OF MANHATTAN BEACH ("City"); OFFICER MICHAEL LYNCH and OFFICER BRANDON MUZATKO ("Officer Defendants") (collectively

1 herein after as "Defendants") hereby submit this Appendix of Evidence in support of
2 Defendants' Motion for Summary Judgment, or in the Alternative Partial Summary
3 Judgment (filed concurrently herewith).

4 **EVIDENCE FOR DEFENDANTS' SUMMARY JUDGMENT MOTION.**

5       The following evidence supports defendants' motion for summary judgment:

6       A.    CD of Dash Cam Video Recording of the Manhattan Beach Police
7 Department ("MBPD") dated April 10, 2014.

8       B.    Transcript of deposition of Officer Michael Lynch, taken on August 11,
9 2016 (pertinent portions) and Exhibit 1, MBPD Crime Report No. 14-1092 and
10 Exhibit 2, Overhead Diagram of Incident Scene.

11       C.    Transcript of deposition of Officer Bryan Muzatko, taken on August
12 12, 2016 (pertinent portions).

13       D.    Transcript of deposition of Officer Anthony Presgraves, taken on
14 August 12, 2016 (pertinent portions).

15       E.    Transcript of deposition of witness Kevin James Heronema, taken on
16 October 26, 2016 (pertinent portions).

17       F.    Transcript of deposition of witness Richard Towne, taken on October
18 26, 2016 (pertinent portions).

19       G.    Transcript of deposition of witness Robert Chavez, M.D., taken on
20 October 27, 2016 (pertinent portions).

21       H.    Transcript of deposition of witness J. Daniel Augustine, M.D., taken on
22 April 27, 2016 (pertinent portions) and Exhibit 1, Coroner's Autopsy Report.

23       I.    Transcript of deposition of witness Brian Kim, taken on August 25,
24 2016 (pertinent portions).

25       J.    Transcript of deposition of witness Cho Lwin, M.D., taken on October
26 19, 2016 (pertinent portions).

27       K.    Transcript of deposition of witness Marvin Pietruszka, M.D., taken on
28 November 18, 2016 (pertinent portions).

1   L.   County of Los Angeles Sheriff's Department Supplemental Report [MBPD 00059].

2   M.   Cardenas' Medical Records from Little Company of Mary Medical Center (pertinent portions).

3   N.   Plaintiff's Responses to Defendant City of Manhattan Beach's Request for Admissions, Set One (pertinent portions).

4   O.   Manhattan Beach Police Department Policy Manual (pertinent portions).

5   P.   Letter from Plaintiffs' Counsel responding to defendants' meet and confer efforts, dated December 5, 2016.

6   Q.   Expert Report of Charles V. Wetli, M.D., dated September 26, 2016.

DATED: December 12, 2016

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:   /s/ Tony M. Sain
　　　Mildred K. O'Linn, Esq.
　　　Tony M. Sain, Esq.
Attorneys for Defendants,
CITY OF MANHATTAN BEACH;
OFFICER MICHAEL LYNCH; AND
OFFICER BRANDON MUZATKO

# DECLARATION OF TONY M. SAIN

I, Tony M. Sain, state and declare as follows:

1. I am an attorney at law duly authorized to practice before all the courts of the State of California and in all of the United States District Courts within California. I am a Partner in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record herein for defendants CITY OF MANHATTAN BEACH ("City"); OFFICER MICHAEL LYNCH and OFFICER BRANDON MUZATKO ("Officer Defendants") (collectively herein after as "Defendants"). If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this declaration, except as to those matters that are stated on information and belief herein.

2. This declaration is made in support of Defendants' Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, filed concurrently herewith.

3. Attached as Exhibit "A" to this declaration and appendix of evidence is a true and correct copy of a CD containing the Dash Cam Video Recording of the Manhattan Beach Police Department ("MBPD") dated April 10, 2014.

4. Attached as Exhibit "B" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of Officer Michael Lynch, taken on August 11, 2016; Exhibit 1 to that deposition, the MBPD Crime Report No. 14-1092; and Exhibit 2 to that deposition, an Overhead Diagram of Incident Scene.

5. Attached as Exhibit "C" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of Officer Bryan Muzatko, taken on August 12, 2016.

6. Attached as Exhibit "D" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of Officer Anthony Presgraves, taken on August 12, 2016.

7.     Attached as Exhibit "E" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of witness Kevin James Heronema, taken on October 26, 2016.

8.     Attached as Exhibit "F" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of witness Richard Towne, taken on October 26, 2016.

9.     Attached as Exhibit "G" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of witness Robert Chavez, M.D., taken on October 27, 2016.

10.    Attached as Exhibit "H" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of witness J. Daniel Augustine, M.D., taken on April 27, 2016 and Exhibit 1 to that deposition, the Coroner's Autopsy Report.

11.    Attached as Exhibit "I" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of witness Brian Kim, taken on August 25, 2016.

12.    Attached as Exhibit "J" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of witness Cho Lwin, M.D., taken on October 19, 2016.

13.    Attached as Exhibit "K" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of the transcript of deposition of witness Marvin Pietruszka, M.D., taken on November 18, 2016.

14.    Attached as Exhibit "L" to this declaration and appendix of evidence is a true and correct copy of the County of Los Angeles Sheriff's Department Supplemental Report [MBPD 00059].

15.    Attached as Exhibit "M" to this declaration and appendix of evidence is a true and correct copy of the pertinent portions of decedent Cardenas' Medical Records from Little Company of Mary Medical Center.

16. Attached as Exhibit "N" to this declaration and appendix of evidence is a true and correct copy of pertinent portions of Plaintiff's Responses to Defendant City of Manhattan Beach's Request for Admissions, Set One.

17. Attached as Exhibit "O" to this declaration and appendix of evidence is a true and correct copy of pertinent portions of the Manhattan Beach Police Department Policy Manual.

18. Attached as Exhibit "P" to this declaration and appendix of evidence is a true and correct copy of Letter from Plaintiffs' Counsel responding to defendants' meet and confer efforts, dated December 5, 2016.

19. Attached as Exhibit "Q" to this declaration and appendix of evidence is a true and correct copy of an Expert Report of Charles V. Wetli, M.D., dated September 26, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of December, 2016 at Los Angeles, California.

                                           /s/ Tony M.Sain_____
                                             Tony M. Sain