# EXHIBIT 1

## Providence Little Company of Mary Medical Center - Torrance
4101 Torrance Blvd. Torrance, CA 90503
Phone: 310-303-5600

| | | | |
|---|---|---|---|
| Patient Name: | CARDENAS,FERREOL | Unit #: | Q007109077 |
| Age/Birthdate: | 32 / 01/25/1982 | Account #: | QA0204656169 |
| Attending Physician: | Kahn MD, Jamie L. | | |
| Admission/Service Date: | 04/11/14 | | |

**LCT ED Provider Report**

CC: ~

CT OF THE BRAIN WITHOUT CONTRAST.

Indication: Trauma. Altered level of consciousness.

The preliminary report was issued by Dr. Gabriel Ramirez.

Technique: Angled axial scans have been obtained through the head.

Findings:

There is a less than 2 mm right to left midline shift. There is a 3 mm wide acute right-sided subdural hematoma in the frontal and temporal regions. There is some acute hemorrhage seen in the region of the inferior aspect of the right frontal lobe measuring 2.8 x 1.9 by approximately 1.5 cm in size with a 1.5 x 0.7 by approximately 1 cm focus of right frontal lobe hemorrhage seen anteriorly as well which could be due to intraparenchymal hemorrhage or possibly some subarachnoid blood. There is a small amount of right parafalcine blood compatible with subdural blood. There does appear to be some subarachnoid blood in the right sylvian fissure. There may be a small amount of left frontal subarachnoid hemorrhage. No other region of abnormal attenuation is seen in the brain. There is a midline occipital bone fracture that is nondisplaced. There is a right skull base fracture that is nondisplaced involving the right occipital bone and part of the right temporal bone that appears to extend to the sphenoid sinus. Air-fluid levels are seen in the sphenoid sinus.

Impression:

3 mm wide acute right-sided subdural hematoma in the frontal and temporal regions laterally with a small amount of subdural blood in a parafalcine location in the right frontal region. Findings compatible with some acute intracerebral hemorrhage in the right frontal lobe. Some subarachnoid hemorrhage in the right sylvian fissure and possibly in the right frontal region. There may be a small amount of left frontal subarachnoid hemorrhage. Less than 2 mm right to left midline shift.

Midline occipital bone fracture as well as right-sided skull base fracture involving the right occipital bone, right temporal bone and part of the sphenoid bone. Air-fluid levels in the sphenoid sinus.

CARDENAS,FERREOL
Q007109077
ED Report #0410-0799 Signed
Page 7 of 11

