JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ferreol Cardenas Sr., et al.,<br><br><br>PLAINTIFF(S)<br><br>v.<br><br>City of Manhattan Beach, et al.,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 15-1469-PJW<br><br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable <u>Patrick J. Walsh</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Ferreol Cardenas, Sr., Individually and as the Personal Representative of the Estate of the Ferreol Cardenas, Jr., Decedent, and

Rosa Cardenas

take nothing; that the action be dismissed on the merits; and that the defendant(s):

City of Manhattan Beach

Michael Lynch

Brandon Muzatko

recover of the plaintiff(s) its costs of action, taxed in the sum of <u> to be determined </u>.

Clerk, U. S. District Court

Dated: <u>3/29/17</u>

By <u>/s/ Isabel Martinez</u>
Deputy Clerk

At: <u>Los Angeles, California</u>

cc:    Counsel of record