Mildred K. O'Linn (State Bar No. 159055)
Tony M. Sain (State Bar No. 251626)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@manningllp.com; tms@manningllp.com

Attorneys for Defendants,
CITY OF MANHATTAN BEACH;
OFFICER MICHAEL LYNCH; AND
OFFICER BRANDON MUZATKO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FERREOL CARDENAS, SR., Individually, and as the Personal Representative for FERREOL CARDENAS, JR., Deceased, and ROSA CARDENAS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MANHATTAN BEACH, MANHATTAN BEACH POLICE OFFICER MICHAEL LYNCH (Serial No. 313), MANHATTAN BEACH POLICE OFFICER B. MUZATKO (Serial No. 342) and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-CV-01469-PJW<br>*[Assigned For All Purposes to the Hon. Patrick J. Walsh, Magistrate Judge]*<br><br>**NOTICE OF ENTRY OF ORDER FOR COSTS UNDER JUDGMENT FOR DEFENDANTS**<br><br>Complaint Filed:   03/01/2015<br>Trial Date:            03/21/2017 |

**TO PLAINTIFFS, ALL PARTIES, AND THEIR ATTORNEYS HEREIN:**

PLEASE TAKE NOTICE that:

On March 31, 2017, the Court entered its Judgment for the defendants and against the plaintiffs, including an award of costs in an amount to be determined by the clerk of the Court. [Dkt. Doc. 116.]

On June 23, 2017, **the Court's clerk then determined the amount of costs to be paid by plaintiffs to defendants to be $19,474.00**. [Dkt. Doc. 132.]

Pursuant to U.S. Dist. Ct., C.D. Cal. L.R. 54-2.2, any objections to the award of costs were due no later than June 30, 2017. To defendants' knowledge, no objections were timely filed or made.

Barring revision by the Court (after consideration of any timely objections and responses thereto), the clerk's determination of the costs awarded shall be final. *See* U.S. Dist. Ct., C.D. Cal. L.R. 54-7.

Accordingly, defendants hereby request and instruct that plaintiffs shall make full payment on the costs due – by check made payable to the "City of Manhattan Beach" (and delivered to counsel for the defendants) – no later than 30 days after the filing date of this notice.

DATED: July 3, 2017         **MANNING & KASS**
                            **ELLROD, RAMIREZ, TRESTER LLP**

                            By:    /s/ Tony M. Sain
                                   Mildred K. O'Linn, Esq.
                                   Tony M. Sain, Esq.
                                   Attorneys for Defendants,
                                   CITY OF MANHATTAN BEACH;
                                   OFFICER MICHAEL LYNCH; AND
                                   OFFICER BRANDON MUZATKO